## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION

| | |
|---|---|
| Michael Barrett, | |
| Plaintiff, | Civil Action No. 1:20-cv-00656 |
| – against– | Judge Matthew W. McFarland |
| Trans Union, LLC, | **NOTICE OF SETTLEMENT AND MOTION TO VACATE DEADLINES/PRELIMINARY PRETRIAL CONFERENCE** |
| Defendant(s). | |

The parties (Plaintiff Michael Barrett and Defendant Trans Union, LLC) respectfully notify the Court that the parties have agreed in principle to settle the above-captioned matter. Counsel for the parties are in the process of preparing and finalizing settlement documents. The parties intend to file a Stipulated Dismissal as soon as practicable, but respectfully request that the parties be given 60 days to file the said Stipulated Dismissal. Accordingly, the parties respectfully request that the Court vacate all deadlines and that the Preliminary Pretrial Conference scheduled for November 30, 2020 at 10:00 a.m. be vacated.

**Law Offices of Robert S. Gitmeid & Associates, PLLC**

By: /s/ Thomas G. Widman  
Thomas G. Widman  
*Attorneys for Plaintiff*

**Schuckit & Associates, P.C.**

By: /s/ Laura Rang  
Laura Rang  
*Attorneys for Defendant Trans Union, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION

| | |
|---|---|
| Michael Barrett,<br><br>                  Plaintiff,<br><br>– against –<br><br>Trans Union, LLC,<br><br>                  Defendant(s). | Civil Action No. 1:20-cv-00656<br><br>Judge Matthew W. McFarland<br><br>**ORDER VACATING DEADLINES AND PRELIMINARY PRETRIAL CONFERENCE** |

      Upon consideration of Plaintiff Michael Barrett and Defendant Trans Union, LLC's Notice of Settlement in Principle and Motion to Vacate All Deadlines and Preliminary Pretrial Conference, it is hereby

      ORDERED that said Motion to Vacate All Deadlines and Preliminary Pretrial Conference is GRANTED; and it is

      ORDERED that the parties have up to and including December 9, 2020, to file a Stipulation of Dismissal; and it is

      FURTHER ORDERED that all deadlines in the above-captioned case are hereby vacated and the Preliminary Pretrial Conference scheduled for November 30, 2020 at 10:00 a.m. is hereby vacated.

_____
MATTHEW W. MCFARLAND
UNITED STATES DISTRICT JUDGE