IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| MICHAEL BARRETT, | : | Case No. 1:20-cv-656 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| v. | : | |
| TRANS UNION, LLC, | : | |
| Defendant. | : | |

**CONDITIONAL ORDER OF DISMISSAL**

The Court, having been advised by counsel for the parties that the above-captioned matter has settled, hereby **ORDERS** that this case is **DISMISSED** with prejudice, provided that either of the parties may, upon good cause shown within sixty day, move to reopen the case if settlement is not consummated.

The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND